FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 7 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

CIVIL ACTION NO. 07-cv-01625 MSK

NATHAN MONTOYA,

    Petitioner,

vs.

ARI ZAVARES, Executive Director of Prisons, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 7th day of June, 2010.

                                BY THE COURT:

                                */s/ Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01625 MSK

District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

Nathan Montoya
# 100269
Colorado Territorial Correctional Facility
(CTCF)
P.O. Box 1010
Canon City, CO 81215-1010

John Jacob Fuerst, III - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

Laurie A. Booras - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  6/7/10  .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk